IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COTY JAMES MORRISON                                          PLAINTIFF

vs.                                    Case No. 4:10-cv-4154

CAPTAIN HARTLINE; SGT.
WELCH; OFFICER QUICK;
NURSE WILLIAMS; and
CAPTAIN HINZELMAN                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 17, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 34). Judge Bryant recommends that, because Plaintiff has stated a plausible claim against Separate Defendant Nurse Williams, her Motion for Judgment on the Pleadings should be denied. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Nurse Williams' Motion for Judgment on the Pleadings (ECF No. 31) is **DENIED**.

**IT IS SO ORDERED**, this 6th day of February, 2012.

                                                                /s/ Susan O. Hickey
                                                                 Hon. Susan O. Hickey
                                                                 United States District Judge