IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COTY JAMES MORRISON                                                                    PLAINTIFF

V.                                        CASE NO. 4:10-cv-4154

CAPTAIN HARTLINE; SGT.
WELCH; DEALFRED COLQUITT;
NURSE WILLIAMS; and
CAPT. JACK HEINTZLEMAN                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 14, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 65). Judge Bryant recommends granting Separate Defendants' Motions for Summary Judgment. (ECF Nos. 36 and 41). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.

Nurse Williams' Motion for Summary Judgment (ECF No. 36) and Separate Defendants' Motion for Summary Judgment (ECF No. 41) are **GRANTED**. Nurse Williams, Steve Hartline, Johnny Welch, and Jack Heintzleman are hereby dismissed from this action. This leaves for later resolution the claim against Separate Defendant Dealfred Colquitt.

**IT IS SO ORDERED**, this 5th day of September, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge