IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COTY JAMES MORRISON                                                                       PLAINTIFF

V.                                            CASE NO. 4:10-cv-4154

DEALFRED COLQUITT                                                                       DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed March 19, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 71). Judge Bryant recommends dismissing Plaintiff's claims against Defendant Dealfred Colquitt for lack of service. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.

Plaintiff's claims against Defendant Dealfred Colquitt are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of April, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge